

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| | | No. 08-20-00223-CR |
| IN RE: | § | |
| | | |
| | § | |
| | | AN ORIGINAL PROCEEDING |
| AERIELLE KILGORE, | § | |
| | | IN HABEAS CORPUS |
| | § | |
| RELATOR. | § | |

## <u>MEMORANDUM OPINION</u>

Aerielle Kilgore, *pro se*, has filed a petition for a writ of habeas corpus seeking relief from an incompetency order issued by the Honorable Patrick Garcia, Judge of the 384th District Court. The petition is denied.

Petitioner's habeas corpus petition is defective because it is not certified as required by TEX.R.APP.P. 52.3(j). Further, Petitioner has failed to satisfy her burden of providing this Court with a record sufficient to establish her right to habeas corpus relief. A party who files a petition for writ of habeas corpus in a court of appeals is required to include with the petition an appendix containing a certified or sworn copy of any order complained of and proof that the relator is restrained. TEX.R.APP.P. 52.3(k)(1)(A), (D). Petitioner has not provided the Court with a certified or sworn copy of the incompetency order, nor has she identified the specific proceedings, by case number or otherwise, that occurred in the trial court below that led to the entry of the alleged order.

Accordingly, we deny Relator's petition for writ of habeas corpus. *See In re Serrano*, 482 S.W.3d 134, 135 (Tex.App.—El Paso 2015, orig. proceeding).

December 7, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)